**Leslie Dillard BRANCH, III,**
**Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE; David A. Garraghty, Chief Warden, Virginia Department of Corrections; M.C. Millard, Associate Warden, Defendants–Appellees,**

**United States of America,**
**Intervenor–Appellee.**

**No. 00–6583.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 18, 2001.

Decided June 14, 2001.

Leslie Branch Dillard, III, pro se. Pamela Anne Sargent, Assistant Attorney General; Joan Elizabeth Evans, Assistant United States Attorney, Richmond, VA; William R. Kirschner, United States Department of Justice, Washington, DC, for appellees.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Leslie Dillard Branch, III, a Virginia inmate, appeals the district court's order denying his request for injunctive relief from a Department of Corrections Operating Procedure that requires inmates to demonstrate a Native American heritage before requests for Native American faith items will be entertained. Because Branch has been released from the custody of the Virginia Department of Corrections, we dismiss his appeal as moot and deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*